SHAYNE CHARLES CALLAN
1730 N. HOLLYWOOD WAY, # A
BURBANK, CA 91505
( DEBTOR, IN PROPER )



FILED

MAR 1 5 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

U.S. Bankruptcy Court Case No. 2 : 16 – 10867 - SK

Adversary Proceeding Case No.

## COMPLAINT FOR NEGLIGENCE &  INJUNCTIVE RELIEF

SHAYNE CHARLES CALLAN

Plaintiff

vs.

BOB S. BRONT

Defendant(s)

Comes now the plaintiff, SHAYNE CHARLES CALLAN  (Hereinafter rerred to as "Plaintiff"),

who is at all times mentioned in this complaint the debtor in the above referenced action,  and who also

resides at 1730 N. Hollywood Way, # A, Burbank, CA, 91505.

Defendant Bob S. Bront  claims to be the  beneficiary and owner of the aforementioned property

address, now purported to be the subject of an Unlawful Detainer action involving the aforementioned

Plaintiff in this case.

## FIRST CAUSE OF ACTION

### Negligence

.    The defendant heretofore mentioned in this complaint, both participating and non -

participating, culminated such acts of negligence by assisting with effecting an

aforementioned and invalid unlawful detainer action (See "Exhibit 1") which is the subject matter of this

action, from plaintiff's rights to defendants' rights, as a beneficiary, and that since this overt act of such

negligence occurred, defendant may easily maneuver possession of the subject property in their name,

and can also easily stipulate adding as a beneficiary a separate third-party buyer, by way of a future

rental or auction sale, which was heretofore protected by plaintiff's compliance with defendant at all

times during said procedures.

The aforementioned conduct of the defendant is an intentional misrepresentation, deceit,

and act of negligence which was completely known to the defendant, with the intention

on his part to thereby deprive plaintiff of his  rental and legal rights, and thereby

causing injury to plaintiff, which was deceitful conduct that has subjected plaintiff to a cruel

and unjust hardship in conscious disregard of his rights, so as to justify an award for exemplary

and punitive damages. (See attached "Exhibit 1").

3

## SECOND CAUSE OF ACTION

### Injunctive Relief

Plaintiff hereby incorporates by reference each and every allegation contained in this

complaint as though fully set forth herein.

The conduct of the defendant has caused plaintiff irreparable harm for which there is no adequate

remedy at law, with the basis for which standing is provided for plaintiff and fully exemplified in the

accompanying exhibit which is referenced and held by plaintiff regarding defendant, and herewith

attached to this motion as Exhibit "1",  whereby Plaintiff therefore seeks

injunctive relief to enjoin and restrain all actions inconsistent with plaintiff's claim to  possession

of the property, especially as this case signifies a recent bankruptcy case filing by Plaintiff.

**WHEREFORE,**  plaintiff prays judgment as follows:

FOR THE FIRST AND SECOND CAUSES OF ACTION:

1. That the Court issue (a) a declaration that the existing claim to possession by defendant is null

and void and of no force or effect, and (b) cancel any such action per the aforementioned,  which

currently assigns and instills defendant's vestment or interest, both participating and non-participating, in

said rental  property, whether held by defendant  or held by any outside third-party acquisition.

2. That the Court award damages to plaintiff to be determined, for an amount to be not less than

$100,000.00

4. That the plaintiff recover any attorney fees and costs of this action, and that the Court award all

other appropriate relief to plaintiff as deemed proper and just.

Date:  03 / 12 / 2016

Shayne Charles Callan

Plaintiff  (In Pro Per)

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>SHAYNE CHARLES CALLAN | DEFENDANTS<br>BOB S. Bront |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>PLAINTIFF IN PROPER<br>1930 N. Hollywood WAY, #A<br>BURBANK, CA      91505 | ATTORNEYS (If Known)<br>H.G. Long, ESQ.<br>494 orange Show Rd.<br>SAN BERNARDINO, CA 92408 |
| PARTY (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

NEGLIGENCE ; Injunctive Relief

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
       (continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
       (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**    *1*
- ☒ 71-Injunctive relief – imposition of stay
- ☒ 72-Injunctive relief – other    *2*

**FRBP 7001(8) Subordination of Claim or Interest**    *3*
- ☒ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**    *4*
- ☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- ☒ 02-Other (e.g. other actions that would have been brought in state court    *5*
       if unrelated to bankruptcy case)

RECEIVED
MAR 15 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 100,000 |

Other Relief Sought

All DECLATORY & Injunctive Relief AS the Court DETERMINES.

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>SHAYNE CHARLES CALLAN | BANKRUPTCY CASE NO.<br>2:16-bk-10867-SK | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of CA | DIVISION OFFICE | NAME OF JUDGE<br>Hon. S. KLEIN |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF<br>N/A | DEFENDANT<br>N/A | ADVERSARY PROCEEDING NO.<br>N/A |
| DISTRICT IN WHICH ADVERSARY IS PENDING   N/A | DIVISION OFFICE   N/A | NAME OF JUDGE   N/A |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*[signature]* | | |
| DATE<br>03/12/16 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>SHAYNE CHARLES CALLAN | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* 818-390-3572 | FOR COURT USE ONLY |
|---|---|

Shayne Charles Callan
1730 N. Hollywood Way, # A
Burbank, CA 91505

TELEPHONE NO.:                    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 300 E. Walnut Street, Room 116
MAILING ADDRESS:
CITY AND ZIP CODE: Pasadena, CA 91101
BRANCH NAME: Pasadena Branch

PLAINTIFF/PETITIONER: Bob H. Bront

DEFENDANT/RESPONDENT: Casey Coughlin, et al

| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER: 15 P 06875 |
|---|---|
| | JUDGE: |
| | DEPT.: |

**To the court and to all parties:**

1. Declarant *(name):*     Shayne Charles Callan

   a. [✓] is [✓] the party [ ] the attorney for the party who requested or caused the stay.

   b. [ ] is [ ] the plaintiff or petitioner [ ] the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. [ ] With regard to all parties.

   b. [✓] With regard to the following parties *(specify by name and party designation):* Bob H. Bront

3. Reason for the stay:

   a. [✓] Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. [ ] Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. [✓] Other: Federal U.S. Bankruptcy Court Stay of Proceedings

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/16

Shayne Charles Callan                              ▶
(TYPE OR PRINT NAME OF DECLARANT)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

( Exhibit 1 )